UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMEREX GROUP, INC. and )
AMEREX USA INC, )
)
Plaintiffs, )
)
- against - )
)
LEXINGTON INSURANCE COMPANY AND )
ACE USA, )
)
)
Defendants. )



**JUDGE BAER**

**07 CV 3259**

RECEIVED APR 2 3 2007 U.S.D.C. S.D. N.Y. CASHIERS

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal rule of Civil Procedure 7.1, the undersigned counsel or Plaintiffs AMEREX GROUP, INC. AND AMEREX USA INC. certify that there is no parent corporation, affiliate and/or any publicly held corporation of said parties.

Dated: April 23, 2007

WEG AND MYERS, P.C.

By_____
Dennis D'Antonio (DD 0973)
Janese N. Thompson (JT 7714)
Attorneys for Plaintiff
52 Duane Street, Second Floor
New York, NY 10007
(212) 227-4210

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMEREX GROUP, INC. and
AMEREX USA INC,

          Plaintiffs,

- against -

LEXINGTON INSURANCE COMPANY AND
ACE USA,

          Defendants

RULE 7.1 DISCLOSURE STATEMENT

*Weg and Myers, P.C.*
Attorney for Plaintiffs
Office and Post Office Address, Telephone
Federal Plaza
52 Duane Street
NEW YORK, N.Y. 10007
(212) 227-4210