04-109

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMEREX GROUP, INC. and AMEREX USA INC, | ) ) ) ) | CASE NUMBER: 07 CV 3259 (HB) |
| Plaintiffs, | ) ) | AFFIDAVIT OF SERVICE OF THE |
| - against - | ) ) | SUPPLEMENTAL SUMMONS AND |
| LEXINGTON INSURANCE COMPANY AND WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | ) ) ) ) | AMENDED COMPLAINT |
| Defendants. | ) | |

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

BETTY OLIVIER, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

That on the 22nd day of May, 2007, deponent personally served by mail the within Supplemental Summons and Amended Complaint on Mark L. Antin, Esq. of Gennet, Kallmann, Antin & Robinson, 6 Campus Drive, 2nd Floor, Parsippany, New Jersey 07054-4406.

_____
Betty Olivier

Sworn to before me this
1st day of June, 2007

_____
Notary Public

JANESE N. THOMPSON
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02TH6021337
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES MARCH 9, 2001 2011

SOUTHERN DISTRICT OF NEW YORK

AMEREX GROUP, INC. and AMEREX USA INC.,

Plaintiffs,

- against -

LEXINGTON INSURANCE COMPANY AND WESTCHESTER SURPLUS LINES INSURANCE COMPANY,

Defendants

AFFIDAVIT OF SERVICE OF THE SUPPLEMENTAL SUMMONS AND AMENDED COMPLAINT

*Weg and Myers, P.C.*
Attorney for Plaintiffs

Office and Post Office Address, Telephone
Federal Plaza
52 Duane Street
NEW YORK, N.Y. 10007
(212) 227-4210