UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK L. ANTIN, ESQ.
MICHAEL S. LEAVY, ESQ.
GENNET, KALLMANN, ANTIN & ROBINSON, P.C.
45 Broadway
New York, New York 10006
(212) 406-1919

-----------------------------------------------------------------X

AMEREX GROUP, INC. and                                07 cv 3259 (HB)
AMEREX USA, INC.,

                Plaintiffs,

                                          **RULE 7.1 STATEMENT**

                -against-

LEXINGTON INSURANCE COMPANY and
WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

                Defendants.
-----------------------------------------------------------------X

      Defendants LEXINGTON INSURANCE COMPANY ("LEXINGTON") and WESTCHESTER SURPLUS LINES INSURANCE COMPANY ("WESTCHESTER"), by their attorneys, GENNET, KALLMANN, ANTIN, & ROBINSON, as for their statement pursuant to Fed. R. Civ. P. 7.1, state as follows:

      1.     Lexington Insurance Company is a member company of American International Group (traded as AIG).

2.    Westchester Surplus Lines is a program division of ACE INA Holdings, Inc., which is in turn owned by ACE Ltd. (traded as ACE).

Dated: New York, New York
        June 5, 2007

                                GENNET, KALLMANN, ANTIN & ROBINSON

                                By /s/ _____
                                MARK L. ANTIN (MA 0427)
                                MICHAEL S. LEAVY (ML 6150)
                                Attorneys for Defendants
                                Litman Suite
                                45 Broadway Atrium
                                New York, New York 10006
                                (212) 406-1919