## AFFIRMATION OF SERVICE

MARK L. ANTIN, an attorney admitted to practice before the courts of the State of New York and the U.S. District Court for the Southern District of New York, hereby affirms the truth of the following under the penalties of perjury:

I am a shareholder in the law firm of Gennet, Kallmann, Antin & Robinson, P.C., attorneys of record for the Defendant, Lexington Insurance Company and Westchester Surplus Lines Insurance Company.

That on June 5, 2007, I served a true copy of the annexed Answer to Amended Complaint and Rule 7.1 Statement, placing same in a sealed envelope with postage prepaid thereon in a Post Office or an official depository of the US Postal Service, addressed to the last known address of the addressees set forth below:

Janese N. Thompson
Weg and Myers, P.C.
52 Duane Street
New York, NY 10007

_____
MARK L. ANTIN (MA 0427)