**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 6/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AMEREX GROUP, INC., and <br> AMEREX USA INC., <br><br> Plaintiffs, <br><br> - against - <br><br> LEXINGTON INSURANCE COMPANY AND <br> WESTCHESTER SURPLUS LINES <br> INSURANCE COMPANY, <br><br> Defendants. | Index No. 07 CV 3259 (HB) <br><br><br> **PROPOSED PRETRIAL** <br> **SCHEDULING ORDER** |

**APPEARANCES:**

Plaintiff(s) by:         WEG and MYERS, P.C.

                         By: _____

Defendant(s) by          GENNETT, KALLMAN, ANTIN & ROBINSON, PC.

                         By: _____

**HAROLD BAER, Jr., District Judge:**

Do the parties consent to proceed before a United States Magistrate for all purposes, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73?

                         Yes___   No X ___   Parties unable to select a magistrate.

Pursuant to rule 16(b) of the Federal Rules of Civil Procedure, after holding an initial pretrial conference on notice to all parties, it is hereby ordered that:

Motion to Vacate Appraisal Demand/Motion to compel appraisal — *45 days before discovery begins us on June 28, '07 - Aug 15, '07*

Except under circumstances agreed to by the Court:

1. **This case is added to the 6/2008 TRAILING Trial Calendar.**

Weg and Myers, P.C.
ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET
NEW YORK NY
10007

. Counsel should not make any other commitments during this month. As a general rule, all cases will be tried within a reasonable time from the date of this pretrial conference based on the complexity of the case.

     2.    No additional parties may be joined after ~~2/4/2008~~ 10/1/07.

New parties shall be bound by the deadlines included in this Pretrial Scheduling Order. If new parties are joined, the party joining them shall forward to them a copy of this Pretrial Scheduling Order and provide them with access to all previously taken discovery. Should this pose a seemingly insurmountable problem, call Chambers.

     3.    No additional causes of action or defenses may be asserted after 2/4/2008 without leave of Court. Jan 5, 08

     4.    **Discovery:** All discovery, except for expert discovery, shall be commenced in time to be completed by ~~11/5/08~~. Disclosure of expert testimony, if any, will be made at least 45 days before the agreed to trial month. Evidence intended to contradict or rebut the subject matter of the expert testimony will be submitted within 21 calendar days after the disclosure made by the other party, subject only to further order of this Court. As the Court rarely grants extensions, any delays or disputes in the taking of discovery should be reported to the Court immediately.

If applicable, decisions with respect to disclosure and discovery of electronically stores information along with privilege issues related to that information, shall be provided to the Court within **10 days** of this Order.

3/15/08

     5.    **Motions:**    No party may make a dispositive motion returnable after ~~9/9/2008~~. Either party may request (and will be given a date by Chambers) for oral argument. The above date is the date by which any motion shall be fully briefed (i.e., moving, opposition and reply papers) and a courtesy copy delivered to Chambers.

In deciding the last date to submit fully briefed motions and your agreed to trial month. Keep in mind that the Court requires at least **60 days** to decide dispositive motions.

     6.    **Joint Pretrial Order:** A joint pretrial order shall, unless waived by the Court, be submitted by 8/26/08. The pretrial order shall, unless waived by the Court's Individual Practice and Rules. Counsel may inquire of Chambers with respect to the filing date(s) for requests to charge, proposed voir dire, and motions in limine, but in no event are they to be submitted less than five (5) business days (fully briefed before the date set for trial.

     7.    The law clerk assigned to this case is _____Mark_____, to whom all correspondence should be directed.

     8.    Upon request to Chambers by either side, the Court will schedule and conduct a settlement conference and/or mediation. The Court will also, upon request, facilitate mediation

under the Court Mediation Program or a settlement conference before your Magistrate Judge. In the case of a mediation to be conducted by the Court, all parties must bring their respective clients to the mediation. Keep in mind, closure, for the most part, is accomplished in direct proportion to how early in the litigation the mediation occurs.

9. Whenever a case is resolved, the parties must submit an Order of Discontinuance, signed by all parties before the case will be removed from the trial calendar. When the parties settle within forty-eight hours of trial or the filing of a dispositive motion, they must notify the Court immediately of such settlement, and fax to the Court no less than thirty-six hours prior to their planned appearance, an Order of Discontinuance (copy attached), signed by all parties.

10. The parties' signatures below represent their understanding and agreement that this schedule is final and binding upon them unless the Court concludes that extraordinary circumstances warrant an extension with respect to one or more than one of the scheduled dates.

_____            _____
For Plaintiff  Wegand/Myers, PC              For Defendants
           By: Jason Thompson

_____            _____
For Plaintiff                                For Defendant

**SO ORDERED.**

Dated:    New York, New York
          June 28, 2007

                                          _____
                                          HAROLD BAER, JR.
                                          United States District Judge