# GENNET, KALLMANN, ANTIN & ROBINSON, P.C.

| | | |
|---|---|---|
| Stanley W. Kallmann * † | 6 Campus Drive | William G. Hanft ◊ |
| Mark L. Antin ◊ † | Parsippany NJ 07054-4406 | Brian J. Bolan * |
| Richard S. Nichols † | | Michael S. Leavy ✧ |
| Donald G. Sweetman ○ | (973) 285-1919 | Brian A. Scotti * |
| | FAX (973) 285-1177 | Philip H. Ziegler * |
| | gkar@gkar-law.com | |
| Samuel A. Gennet | Litman Suite | Harry Robinson, III |
| (1936-1998) | 45 Broadway Atrium | (1973-2000) |
| | New York NY 10006 | |
| ✧ Member NY Bar | (212) 406-1919 | |
| * Member NJ & NY Bars | | |
| □ Member NJ & PA Bars | 101 East Lancaster Avenue Suite 304 | PA Managing Attorney |
| ◊ Member NJ, NY & FL Bars | Wayne PA 19087 | Mark M. Bridge (Of Counsel) |
| ○ Member NJ, NY & CT Bars | (610) 902-0150 | Nancy E. Zangrilli |
| † Certified by the Supreme Court of | FAX (610) 902-0152 | |
| New Jersey as a Civil Trial Attorney | mbridge.bridgelaw@verizon.net | www.gkar-law.com |

**Please Reply to Parsippany**

June 21, 2007

***VIA FAX AND REGULAR MAIL***

Dennis D'Antonio, Esq.
Weg and Myers
52 Duane Street
New York, NY 10007

   Re: Insured:   Amerex Group, Inc.
      D/O/L:    8/3/01
      Loss Location: 1500 Rahway Ave., Avenel, NJ
      Our File No:  02-5703:47/30-A

Dear Mr. D'Antonio:

  Further to our demand for appraisal dated June 4, 2007, and in accordance with policy provisions requiring that the parties identify their appraisers within 20 days of the demand, we hereby name Peter Fogarty, CPA, of Hagen, Streiff, Newton & Oshiro, P.C., 647 Putnam Pike, Greenville, Rhode Island 02828, as defendant carriers' appraiser. Please advise of your choice of appraiser by June 25, 2007, as required under the policy of insurance.

         Very truly yours,

         GENNET, KALLMANN, ANTIN & ROBINSON

         By: *[signature]*
           MARK L. ANTIN

MLA:dbb
cc: Peter Fogarty, CPA

June 21, 2007

Dennis D'Antonio, Esq.
Weg and Myers

Page Number 2
_____

bcc: Ace-Westchester Specialty Group
     Ms. Joanne Massey

     Lexington Insurance Company
     Mr. Scott O'Brien

# GENNE., ALLMANN, ANTIN & RO... ON, P.C.

6 Campus Drive • Parsippany, NJ 07054 • TEL NO. (973) 285-1919

FAX NO. (973) 285-1177

## FAX TRANSMITTAL SHEET

TO:     DENNIS D'ANTONIO, ESQ.

FROM:   MARK L. ANTIN, ESQ.

RE:     AMEREX GROUP, INC.

DATE:   June 21, 2007

---

** CONFIDENTIALITY WARNING **

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

---

NO. OF PAGES:           2
                        (includes cover sheet)

OUR FILE NO.:           02-5703:47/30-A

RECEIVER'S FAX NO.:     212-349-6702

YOUR FILE NO.:          _____

MESSAGE:    See attached letter.

If you do not receive the number of pages as set forth above, please contact us immediately at (973) 285-1919. Thank you.