04-109
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMEREX GROUP, INC. and<br>AMEREX USA INC, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NUMBER:<br>07 CV 3259 (HB)<br><br>**PLAINTIFFS' CROSS-MOTION TO DISMISS DEFENDANTS' SECOND AFFIRMATIVE DEFENSE** |
| Plaintiffs, | | |
| - against - | | |
| LEXINGTON INSURANCE COMPANY AND WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | | |
| Defendants. | | |

PLEASE TAKE NOTICE that upon the annexed Brief in Support of Plaintiffs' Cross-Motion to Strike Defendants' Second Affirmative Defense seeking to compel appraisal and in Opposition to Defendants Motion to Compel Appraisal, Local Civil Rule 56.1 Statement of Material Facts, Response Defendants' Local Civil Rule Statement of Material Facts, Declaration of Janese N. Thompson, Esq., the exhibits annexed thereto, and the pleadings heretofore had herein, defendants will move this Court at the U.S. Courthouse, 500 Pearl Street, New York, New York on the 10th day of August, 2007, and at such time thereafter as the Court may grant oral argument, for an order: granting Plaintiffs Cross-Motion for partial summary judgment, pursuant to Fed. R. Civ. P. 56(b), striking Defendants' Second Affirmative Defense and denying Defendants Motion seeking partial summary judgment compelling appraisal.

PLEASE TAKE FURTHER NOTICE, that opposition to the Cross-Motion is due, pursuant to agreement between the parties, by August 3, 2007.

1

PLEASE TAKE FURTHER NOTICE, that Plaintiffs' reply to Defendants opposition to the Cross-Motion is due, pursuant to agreement between the parties, by August 10, 2007.

Dated: New York, New York
July 27, 2007

        WEG AND MYERS, P.C.

        By_____
        Dennis D'Antonio (DD 0973)
        Janese N. Thompson (JT 7714)
        Attorneys for Plaintiffs
        52 Duane Street, Second Floor
        New York, NY 10007
        (212) 227-4210

TO:

Mark L. Antin, Esq.
Michael S. Leavy, Esq.
Gennet, Kallmann, Antin & Robinson, P.C.
Attorneys for Defendants
Litman Suite
45 Broadway Atrium
New York, New York 10006
(212) 406-1919

Docket No. 07 CV 3259 (HB)

**UNITED STATES DISTRICT COURT**

SOUTHERN DISTRICT OF NEW YORK

---

AMEREX GROUP, INC. and
AMEREX USA INC.,

              Plaintiffs,

- against -

LEXINGTON INSURANCE COMPANY AND
WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

              Defendants

---

**PLAINTIFFS' CROSS-MOTION TO DISMISS DEFENDANTS' SECOND AFFIRMATIVE DEFENSE**

---

*Weg and Myers, P.C.*
Attorney for Plaintiffs

Office and Post Office Address, Telephone
Federal Plaza
52 Duane Street
NEW YORK, N.Y. 10007
(212) 227-4210