# EXHIBIT B



### INTERNATIONAL INSURANCE BROKERS SINCE 1861
#### EASTERN REGIONAL OFFICE 333 EARLE OVINGTON BLVD. MITCHELL FIELD, NY 11553

| VIA | : FAX | DATE | : 3/19/04 |
|---|---|---|---|
| PAGES | : 27 | FROM | : OLIVE MONTELLO |
| TO | : RENEE LEVINE | TEL# | : 516-228-1234   X. 225 |
| FAX# | : 212-349-6702 | FAX# | : 516-228-1235 |
| AT | : WEG & MEYERS | E-MAIL | : |

RE: AMEREX GROUP, DOL: 8/3/01
    FOA'S CLAIM NO. 108G02
    LEXINGTON POLICY # 8525713 EFF 6/15/01 - 6/15/02
    WESTCHSTER SURPLUS/ ACE USA POLICY # WXA-662980-0 EFF 6/15/01 - 6/15/02

PER OUR CONVERSATION, TO THE BEST OF MY KNOWLEDGE, ATTACHED ARE THE POLICY PAGES YOU REQUESTED.

CORPORATE HEADQUARTERS - 60 EAST 42ND ST., SUITE 2300 NY, NY  10165-2399
PERSONAL LINES CENTER - 400 COLUMBUS AVE.  , VALHALLA, NY  10595-1335