EXHIBIT C

# Weg and Myers, P.C.

ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET, NEW YORK, NEW YORK 10007
(212) 227-4210
FAX: 212-349-6702
E-MAIL: wegmyer@aol.com

CONNECTICUT AFFILIATE
LAW OFFICE OF
BRIAN D. ROSENFELD
196 NORTH STREET
STAMFORD, CT 06901
(203) 425-4400

NEW JERSEY AFFILIATE
LAW OFFICE OF
MASELLI-WARREN, P.C.
600 ALEXANDER ROAD
PRINCETON, NJ 08540
(609) 452-8411

May 7, 2004

Gennet, Kallmann, Antin & Robinson
6 Campus Drive, 2nd Floor
Parsippany, New Jersey 07054-4406

Attention: Mark Antin, Esq.

Re: Amerex Group, Inc. w/Lexington Ins. Co. and
ACE-Westchester Spec. Group
Our File No. 04-109

Dear Mr. Antin:

This will memorialize our conversation on May 6, 2004 in which I informed you that my clients were still in the process of searching for documents responsive to the requests in your letter of February 10, 2004, which were quite extensive. We intend to have the documents ready for inspection and copying at the offices of Amerex by May 25, 2004. However, if we cannot have the documents ready by May 25, 2004, we intend to have them available by June 10, 2004 since the individual who is critical to the production will be traveling from May 25, 2004 through June 8, 2004. As soon as the documents are ready for inspection, we will contact you to schedule a mutually convenient date for your accountant to review them.

Additionally, you have provided me with dates you are available at the end of June and in the first two weeks of July to schedule the examinations under oath of Steven McDonald and Robert Almerini. I will contact you as soon as I hear back from Mr. McDonald and Mr. Almerini concerning their availability.

Very truly yours,

WEG AND MYERS, P.C.

By _____
Renee Levine

RL/rm