# EXHIBIT D

LAW OFFICES

# GENNET, KALLMANN, ANTIN & ROBINSON

A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| Stanley W. Kallmann * † | 6 Campus Drive | William G. Hanft ◊ |
| Mark L. Antin ◊ † | Parsippany NJ 07054-4406 | Brian J. Bolan * |
| Richard S. Nichols † | | Michael S. Leavy ✧ |
| Donald G. Sweetman o | (973) 285-1919 | William E. Marsala * |
| | FAX (973) 285-1177 | Stefanie A. Cartwright * |
| | gkar@gkar-law.com | |
| Samuel A. Gennet | Litman Suite | Harry Robinson, III |
| (1936-1998) | 45 Broadway Atrium | (1973-2000) |
| | New York NY 10006 | |
| ✧ Member NY Bar | (212) 406-1919 | |
| * Member NJ & NY Bars | | |
| □ Member NJ & PA Bars | 101 East Lancaster Avenue Suite 304 | Mark M. Bridge □ |
| ◊ Member NJ, NY & FL Bars | Wayne PA 19087 | Of Counsel |
| o Member NJ, NY & CT Bars | (610) 902-0150 | (PA managing attorney) |
| † Certified by the Supreme Court of | FAX (610) 902-0152 | |
| New Jersey as a Civil Trial Attorney | bridgelaw@msn.com | |

**Please Reply to Parsippany**

July 22, 2004

Dennis D'Antonio, Esq.
Weg and Myers
52 Duane Street
New York, NY 10007

    Re:    Insured:    Amerex Group, Inc.
           D/O/L:      8/3/01
           Loss Location:    1500 Rahway Ave., Avenel, NJ
           Our File No:    02-5703:47/30-A

Dear Mr. D'Antonio:

       The inspection of Amerex documents requested in the insurers' notice of examination under oath is scheduled for July 26, 2004. Since you have not responded to our invitation to clarify any of the information requests, we trust they were clear and that the insured has made diligent efforts to search for and obtain the information requested.

       Based upon the expectation that Amerex will produce the requested information, we should set aside several days in August for examinations under oath. Although I hope that only two days are necessary, I suggest that we set aside three consecutive days, perhaps a Tuesday -Thursday during the week of August 31-September 2 and September 7-9, 2004. Accordingly, may I please request your immediate efforts to schedule the examinations.

       All actions by and behalf of Lexington Insurance Company and ACE-Westchester Specialty Group are without prejudice. All rights and defenses under the policies of insurance are specifically reserved and none has been waived.

July 22, 2004

Dennis D'Antonio, Esq.
Weg and Myers

Page Number 2
_____

        Thank you.

                    Very truly yours,

                    GENNET, KALLMANN, ANTIN & ROBINSON

                    By: *[signature]*
                          MARK L. ANTIN

MLA:dbb