# EXHIBIT E

# EXHIBIT E

EXAMINATION UNDER OATH

IN THE MATTER OF :
AMEREX GROUP, INC. :
IN CONNECTION WITH LOSS
OCCURRING AUGUST 3, 2001, :
1500 RAHWAY AVENUE,
AVENEL, NEW JERSEY :
LEXINGTON POLICY NO. 8525713
ACE-WESTCHESTER POLICY NO. :
WXA-0662980-0
- - - - - - - - - - - - - - - - :

TESTIMONY OF ROBERT ALMERINI

TRANSCRIPT of testimony as taken by and before MARY MC KAY, a Certified Shorthand Reporter and Notary Public of the State of New Jersey, at the offices of GENNET, KALLMANN, ANTIN & ROBINSON, ESQS., 6 Campus Drive, Parsippany, New Jersey, on Monday, December 6, 2004, commencing at 10:00 a.m.

REPORTING SERVICES ARRANGED THROUGH

WAXMAN & SCHAFFER REPORTING

A Veritext, L.L.C. Affiliate

25B Vreeland Road, Suite 301

Florham Park, New Jersey 07932

Tel: (973) 410-4087 Fax: (973) 410-1313

I, MARY MC KAY, License Number XI01302, a Certified Shorthand Reporter and a notary Public of the State of New Jersey, certify that the foregoing is a true and accurate transcript of the testimony of ROBERT ALMERINI, who was first duly sworn by me at the place and on the date hereinbefore set forth.

I further certify that I am neither attorney nor counsel for, nor related to or employed by, any of the parties to the action in which this examination under oath was taken, and further that I am not a relative or employee of any attorney or counsel employed in this case, nor am I financially interested in the action.



A Notary Public of the State of New Jersey