# EXHIBIT F

Case 1:07-cv-03259-HB    Document 15-7    Filed 07/27/2007    Page 1 of 3

```
                                                                    1

   IN THE MATTER OF              :    EXAMINATION
                                      UNDER OATH
   AMEREX GROUP, INC.            :       OF
   IN CONNECTION WITH A LOSS          ROBERT ALMERINI
   OCCURRING AUGUST 3, 2001,     :
   AT 1500 RAHWAY AVENUE,
   AVENEL, NEW JERSEY,           :
   LEXINGTON POLICY NO. 8525713,
   ACE-WESTCHESTER POLICY NO.    :
   WXA-0662980-0
   --------------------------------X
```

          TRANSCRIPT of testimony as taken by and

before MARK SCHAFFER, a Certified Shorthand Reporter

and Notary Public of the State of New Jersey, at the

offices of Gennet, Kallmann, Antin & Robinson, 6

Campus Drive, Parsippany, New Jersey, on Tuesday,

October 11, 2005, commencing at 10:00 in the forenoon.

          REPORTING SERVICES ARRANGED THROUGH:
               WAXMAN & SCHAFFER, INC.
           An Affiliate of Veritext New Jersey
              25B Vreeland Road, Suite 301
              Florham Park, New Jersey 07932
     Tel:  (973) 410-4087         Fax: (973) 410-1313

```
                                                    130
 1           CERTIFICATE
 2
 3
 4       I, MARK SCHAFFER, a Shorthand Reporter and
 5  Notary Public of the States of New York and New
 6  Jersey, do hereby certify that prior to the
 7  commencement of the examination the witness was sworn
 8  by me to testify to the truth, the whole truth and
 9  nothing but the truth.
10       I do further certify that the foregoing is a
11  true and accurate transcript of the testimony as taken
12  stenographically by and before me at the time, place
13  and on the date hereinbefore set forth.
14       I do further certify that I am neither of
15  counsel nor attorney for any party in this action and
16  that I am not interested in the event nor outcome of
17  this litigation.
18
19
20
21
            MARK SCHAFFER, C.S.R.
22
23  New Jersey C.S.R. License Number XI00794
    Notary Public of the State of New Jersey
24  Commission No. 55985 Expiring September 6, 2006
    Notary Public of the State of New York
25  Registration No. 01SC4953912 Expiring July 31, 2009
```