# EXHIBIT G

```
                                                                    1

 1                    EXAMINATION UNDER OATH

 2

 3
     IN THE MATTER OF               :       TESTIMONY
 4                                              OF
     AMEREX GROUP, INC.             :   STEVEN P. MC DONALD
 5   IN CONNECTION WITH LOSS
     OCCURRING AUGUST 3, 2001,      :
 6   1500 RAHWAY AVENUE,
     AVENEL, NEW JERSEY             :
 7   LEXINGTON POLICY NO. 8525713
     ACE-WESTCHESTER POLICY NO.     :
 8   WXA-0662980-0
     - - - - - - - - - - - - - - -:

 9

10

11        TRANSCRIPT of testimony as taken by and

12   before MARY MC KAY, a Certified Shorthand Reporter

13   and Notary Public of the State of New Jersey, at the

14   offices of GENNET, KALLMANN, ANTIN & ROBINSON, ESQS.,

15   6 Campus Drive, Parsippany, New Jersey, on Tuesday,

16   December 7, 2004, commencing at 10:00 a.m.

17

18

19

20            REPORTING SERVICES ARRANGED THROUGH:

21                   WAXMAN AND SCHAFFER

22               A Veritext, L.L.C. Affiliate

23              25B Vreeland Road, Suite 301

24              Florham Park, New Jersey   07932

25      Tel:  (973) 410-4087    Fax:  (973) 410-1313
```

WAXMAN & SCHAFFER REPORTING  (973) 410-4087

142

I, MARY MC KAY, License Number XI01302, a Certified Shorthand Reporter and a notary Public of the State of New Jersey, certify that the foregoing is a true and accurate transcript of the testimony of STEVEN P. MC DONALD, who was first duly sworn by me at the place and on the date hereinbefore set forth.

I further certify that I am neither attorney nor counsel for, nor related to or employed by, any of the parties to the action in which this examination under oath was taken, and further that I am not a relative or employee of any attorney or counsel employed in this case, nor am I financially interested in the action.



A Notary Public of the State of New Jersey