EXHIBIT H

```
                                                                    1

  1   IN THE MATTER OF:              :
  2                                  :
                                     : EXAMINATION UNDER OATH OF:
  3   AMEREX GROUP, INC. IN          :
      CONNECTION WITH LOSS           :   RUSSELL KRANZLER
  4   OCCURRING AUGUST 3, 2001,      :
      1500 RAHWAY AVENUE,            :
  5   AVENUEL, NEW JERSEY,           :
      LEXINGTON POLICY NO. 8525713   :
  6   ACE-WESTCHESTER POLICY NO.     :
      WXA-0662980                    :
  7   - - - - - - - - - - - - - - - -

  8

  9          TRANSCRIPT of the examination under oath of

 10   RUSSELL KRANZLER called for Oral Examination in the

 11   above-entitled action, said deposition being taken

 12   pursuant to Superior Court Rules of Civil Practice, by and

 13   before SUSAN M. VECHARELLO, a Certified Shorthand Reporter

 14   and Notary Public of the State of New Jersey at the Office

 15   of GENNET, KALLMANN, ANTIN & ROBINSON, ESQS., 6 Campus

 16   Drive, Parsippany, New Jersey, on Wednesday, January 26,

 17   2005, commencing at 11:40 in the morning.

 18

 19

 20            REPORTING SERVICES ARRANGED THROUGH
                   WAXMAN & SCHAFFER REPORTING
 21                 A VERITEXT, L.L.C. AFFILIATE
                    25B Vreeland Road, Suite 301
 22                Florham Park, New Jersey 07932
                          (973) 410-4087
 23

 24

 25
```

```
 1                    C E R T I F I C A T E
 2
 3          I, SUSAN M. VECHARELLO, a Certified
 4  Shorthand Reporter and Notary Public of the State
 5  of New Jersey, do hereby certify that prior to the
 6  commencement of the examination the witness was
 7  sworn by me to testify the truth, the whole truth
 8  and nothing but the truth.
 9          I do further certify that the
10  foregoing is a true and accurate transcript of the
11  testimony as taken stenographically by and before
12  me at the time, place and on the date hereinbefore
13  set forth.
14          I do further certify that I am
15  neither of counsel nor attorney for any party in
16  this action and that I am not interested in the
17  event nor outcome of this litigation.
18
19
20
21  _____Susan M Vecharello_____
22  License No. XI01774
    Notary Public of the State of New Jersey
23
24  My commission expires August 16, 2004
25
```