# EXHIBIT I

```
 1  IN THE MATTER OF:
 2  AMEREX GROUP, INC., INC.,        :
    IN CONNECTION WITH LOSS
 3  OCCURRING AUGUST 3, 2001,        :
    1500 RAHWAY AVENUE,                    Deposition of:
 4  AVENUEL, NEW JERSEY,             :
    LEXINGTON POLICY NO.                   RUSSELL KRANZLER
 5  8525713 ACE-WESTCHESTER          :
    POLICY NO. WXA-0662980,
 6                                   :
 7
    ------------------------------
 8
 9
           TRANSCRIPT of testimony as taken by and
10
    before PATRICIA A. SANDS, a Shorthand Reporter
11
    and Notary Public of the States of New York and New
12
    Jersey, at the offices of Weg & Myers, 52 Duane
13
    Street, New York, New York, on Monday, February
14
    28th, 2005, commencing at 11:58 in the forenoon.
15
16
17
           REPORTING SERVICES ARRANGED THROUGH:
18             WAXMAN & SCHAFFER REPORTING
               A Veritext, LLC Affiliate
19             25B Vreeland Road, Suite 301
               Florham Park, New Jersey 07932
20         Tel: (973) 410-4087  Fax: (973) 410-1313
21
22
23
24
25
```

[CONDENSED COPY stamp across page]

114

```
 1  loss; is that right?
 2  A.    Yes.
 3      Q.    Did the computer malfunction that
 4  occurred as a result of the rack collapse cause any
 5  loss or unreliability of financial data?
 6          MS. WALL: Objection.
 7          You can answer.
 8  A.    Not that I'm aware of.
 9      Q.    In your discussions with management
10  was there any information provided to you about the
11  difficulties or problems in continuing to operate
12  using Dynamic or Apex?
13  A.    No.
14      Q.    Did anyone, by "anyone" I'm talking
15  about anybody you spoke to at Amerex, indicate to
16  you that after making arrangements with outside
17  vendors like Dynamic and Apex to provide
18  warehousing and shipping services in lieu of the
19  Avenuel facility, during those discussions did
20  anybody indicate delays or problems caused
21  specifically by the out-sourcing?
22  A.    No.
23          MR. ANTIN: All right, Mr. Kranzler,
24  at the moment i don't really have anything else. I
25  think any other questions I have I need to direct
```

115

```
 1  to either Mr. Almerini or others associated with
 2  the company. So thank you very much for explaining
 3  your analysis.
 4          MS. WALL: Thank you.
 5          (The deposition was concluded at
 6  3:17 p.m.)
 7          (^Exhibits
```

116

```
 1          CERTIFICATE
 2
 3      I, PATRICIA A. SANDS, a Shorthand Reporter
 4  and Notary Public of the States of New York and New
 5  Jersey, do hereby certify that prior to the
 6  commencement of the examination the witness was
 7  sworn by me to testify the truth, the whole truth
 8  and nothing but the truth.
 9
10      I do further certify that the foregoing is
11  a true and accurate transcript of the testimony as
12  taken stenographically by and before me at the
13  time, place, and on the date hereinbefore set
14  forth.
15
16      I do further certify that I am neither of
17  counsel nor attorney for any party in this action,
18  and that I am not interested in the event nor
19  outcome of this litigation.
20
21
22  _____
23  New York certificate No.: 01SA4974309
24  New Jersey certificate No.: 2109345
25
```

117

```
 1      ACKNOWLEDGMENT OF DEPONENT
 2      I, RUSSELL KRANZLER,
    do hereby certify that I have read the foregoing
 3  pages and that the same is a correct transcription
    of the answers given by me to the questions
 4  therein propounded, except for the corrections or
    changes in form or substance, if any, noted on the
 5  errata sheet.
 6  Signed:_____
        (RUSSELL KRANZLER)
 7
    Signed this ____ day of _____, 2005
 8
 9          ERRATA
10  PAGE  LINE  CHANGE          REASON
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____
```

WAXMAN & SCHAFFER REPORTING  (973) 410-4087