# EXHIBIT J

```
                                                                1
 1  IN THE MATTER OF:            )
                                 ) EXAMINATION UNDER OATH
 2                               )           OF:
    AMEREX GROUP, INC. IN        )      ALEX SOLIS
 3  CONNECTION WITH LOSS         )
    OCCURRING AUGUST 3, 2001,    )
 4  1500 RAHWAY AVENUE, AVENEL,  )
    NEW JERSEY, LEXINGTON        )
 5  POLICY NO. 8525713           )
    ACE-WESTCHESTER POLICY NO.   )
 6  WXA-0662980                  )
    - - - - - - - - - - - - - - -
 7

 8          TRANSCRIPT OF DEPOSITIONS, taken by and before

 9  MARIA PALUMBO KROMMES, Notary Public and Certified

10  Shorthand Reporter of the State of New Jersey, at the

11  offices of WEG & MYERS, P.C, 52 Duane Street, New

12  York, New York, on Tuesday, August 23, 2005 at 10:00

13  a.m.

14

15

16

17

18

19

20

21

22

23

24

25
```

*Condensed Copy* (watermark)

210

1 that fair to say?
2  A  Yeah. I would say that because if you look
3 at the effective date, it's August 16th on the new
4 agreement.
5  Q  This appears -- this agreement, the August
6 10th agreement, appears to relate mostly, if not
7 exclusively, to insurance --
8  A  Uh-huh.
9  Q  -- do you see that?
10  A  Yes.
11  Q  Do you have a recollection of any discussion
12 with Mr. Gambino, Junior on the subject of insurance
13 that Amerex had to get?
14  A  Yeah, sure. I recall talking to him about
15 it or requesting it. I'm sure that the request came
16 from either Stuart or finance to tell me, Alex, you
17 got to get proof of insurance or something like that.
18 And that's what Tom provided.
19  Q  Up until the time that Dynamic was selected
20 to serve as -- as a third-party vendor for all
21 shipping services, later on --
22  A  Uh-huh.
23  Q  -- were there any other agreements that
24 Amerex entered into with Dynamic or with anybody else
25 to deal with the aftermath of the rack collapse during

211

1 the months of August, September, October of 2001?
2  A  Not that I know of.
3  Q  Mr. Solis, thank you very much. I have no
4 further questions for right now.
5        (Deposition adjourned at 3:50 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATE

    I, MARIA PALUMBO KROMMES, the Officer before whom the foregoing depositions were taken do hereby certify that the witnesses whose testimony appears in the foregoing depositions were duly sworn by me and that said depositions are a true record of the testimony given by said witnesses, that I am neither attorney nor counsel for, nor related to, nor employed by any of the parties to the action in which the depositions were taken, and further that I am not financially interested in the action.

_____
MARIA PALUMBO KROMMES, C.S.R.
License No. XIO 1865

54 (Pages 210 to 212)

WAXMAN & SCHAFFER REPORTING (973) 410-4087