# EXHIBIT K

```
                                                           1
 2   IN THE MATTER OF                :EXAMINATION

 3   AMEREX GROUP, INC.              :UNDER OATH
     IN CONNECTION WITH A LOSS
 4   OCCURRING AUGUST 3, 2001,       :    OF
     AT 1500 RAHWAY AVENUE,
 5   AVENEL, NEW JERSEY,             :STUART COHEN
     LEXINGTON POLICY NO. 8525713,
 6   ACE-WESTCHESTER POLICY NO.      :
     WXA-0662980-0
 7   -------------------------------X

 8

 9

10           TRANSCRIPT of testimony as taken

11   by and before Michele D. Lucchese, a

12   Shorthand Reporter and Notary Public of the

13   State of New York, at the offices of Weg &

14   Myers, P.C., 52 Duane Street, New York, New

15   York 10007, on Monday, October 24, 2005,

16   commencing at 10:50 a.m.

17

18

19

20

21

22

23

24

25
```

```
                                            174
 2
 3         C E R T I F I C A T E
 4
 5      I, MICHELE D. LUCCHESE, a Shorthand
 6  Reporter and Notary Public within and for
 7  the State of New York, do hereby certify:
 8      That STUART COHEN, the witness whose
 9  examination is hereinbefore set forth, was
10  duly sworn by me and that this transcript
11  of such examination is a true record of
12  the testimony given by such witness.
13      I further certify that I am not
14  related to any of the parties to this
15  action by blood or marriage and that I am
16  in no way interested in the outcome of
17  this matter.
18      IN WITNESS WHEREOF, I have hereunto
19  set my hand this 27th day of October, 2005.
20
21         _____
22         MICHELE D. LUCCHESE
23
24
25
```

WAXMAN & SCHAFFER REPORTING (973) 410-4087