UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

AMEREX GROUP, INC. and               07 cv 3259 (HB)
AMEREX USA, INC.,

           Plaintiffs,

     -against-                     **DECLARATION OF SERVICE**

LEXINGTON INSURANCE COMPANY and
WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

           Defendants.
-----------------------------------------------------------------X

    MICHAEL S. LEAVY, ESQ., hereby declares, pursuant to 28 USC §1746, under penalty of perjury, that the following is true and correct: I am not a party to this action, am over the age of 18 years and reside in the County of Essex, State of New Jersey.

    That on August 2, 2007, I served a copy of the following documents: (1) Reply Declaration of Mark L. Antin in Support of Motion for Partial Summary Judgment; (2) Defendants' Reply to Statement of Undisputed Material Facts of Plaintiffs, and (3) Defendants' Reply Brief in Further Support of Motion for Partial Summary Judgment Compelling Appraisal and in Opposition to Plaintiffs' Cross-Motion, upon Janese N. Thompson, Esq., Weg and Myers, P.C., 52 Duane Street, New York, New York 10007, attorneys for plaintiffs, via regular mail.

    That on August 2, 2007, the above-referenced documents were filed with the Clerk, United States District Court, Southern District, via electronic mail.

Dated: August 2, 2007

                                        _____
                                        MICHAEL S. LEAVY, ESQ. (ML6150)