


Weg and Myers, P.C.
ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET, NEW YORK, NEW YORK 10007
(212) 227-4210
FAX: 212-349-6702
WWW.WEGANDMYERS.COM

CONNECTICUT AFFILIATE
LAW OFFICE OF
BRIAN D. ROSENFELD
16 RIVER STREET
NORWALK, CT 06850
(203) 853-3888

NEW JERSEY AFFILIATE
LAW OFFICE OF
MASELLI-WARREN, P.C.
600 ALEXANDER ROAD
PRINCETON, NJ 08540
(609) 452-8411

July 27, 2007

**VIA Facsimile (212) 805-7901**
Hon. Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Chambers 2230/Courtroom 23B
New York, New York 10007

RE: Amerex Group, Inc. et Al. v. Lexington Insurance Company and Westchester Surplus Lines Insurance Company
Civil Action No. 07 CV 3269 (HB)
Our File No. 04-109

Dear Judge Baer:

This firm represents the Plaintiffs, Amerex Group, Inc., Amerex USA Inc., (collectively "Plaintiffs"), in the above captioned matter.

In connection with the Defendants Lexington Insurance Company and Westchester Surplus Lines Insurance Company (collectively "Defendants") motion for partial summary judgment seeking to compel discovery and the Plaintiffs cross-motion for partial summary judgment dismissing Defendants' Second Affirmative Defense which demand appraisal. With the Court's permission, the parties agreed to the briefing schedule for the motion and cross-motion as follows:

- Defendants have made a motion to compel appraisal on July 6, 2007.

- Plaintiffs shall serve their cross-motion and opposition to Defendants' motion on or before July 27, 2007.

- Defendants shall serve their opposition to Plaintiffs' cross-motion and reply on or before August 3, 2007.

- Plaintiffs shall serve reply to Defendants' opposition to its cross-motion on or before August 10, 2007.

Plaintiffs and Defendants **request oral argument** on this motion and cross-motion.

We would accordingly ask that the discovery stay extend pending the determination of the motion and cross-motion.

On a separate note, the proposed Pretrial Scheduling Order places this case on the June 2008 Trailing Calendar yet it provides for a Joint Pretrial Order to be submitted August 26, 2008. Accordingly plaintiffs ask the court's indulgence in providing the parties with a new date for which the parties should submit a Joint Pretrial Order.

The parties are prepared to appear at Court's convenience to respond to any questions the Court may have regarding the content of this letter.

This letter is sent with the consent of counsel for Defendants.

Respectfully submitted,

WEG AND MYERS, P.C.

By [signature]
Dennis D'Antonio, Esq. (DD 0973)
Janese N. Thompson, Esq. (JT 7714)

cc:
Gennet, Kallmann, Antin & Robinson (Via Fax & Regular Mail)
6 Campus Drive, 2nd Floor
Parsippany, New Jersey 07054-4406
Attn: Michael S. Leavy, Esq.
Mark Antin, Esq.

8/1/07

Since O/A is 9/6 discovery will begin 10/20 which leaves almost 6 months - a decision on certain I do not promise a decision by that date + if you need more discovery time we can talk on 9/6 but its already late to start.

SO ORDERED
Harold Baer
USDJ

The PTSO now reflects my change to August 08 Trial month and a closing of discovery on April 5, 08 and the last day for fully briefed motions is May 16 08 - The trial has been added to the August 08 TTC. As you'll note the 07 [illegible] Chambers O/A is Sept 6 on the [illegible] schedule on the motion I have [illegible] your [illegible] is fine [illegible] to which this letter is addressed [illegible] more in the discovery stay would [illegible] than I did for you

Endorsement:

The PTSO now reflects my change an August 2008 trial month and a closing of discovery on April 5, 2008 and the last day for fully briefed motions as May 20, 2008. The trial has been added to the August 08 trailing trial calendar. Oral argument is September 6, 2007 call Chambers for time. Your briefing schedule on the motion to which this letter is addressed is fine I rarely do more in the discovery stay world than I did for you since oral argument is September 6 discovery will begin October 20 which leaves almost 6 months - I certainly do not promise a decision but hat date and if you need more discovery time we can talk on September 6 but its already late to start.

DATE FILED: 8/14/07

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMEREX GROUP, INC., and AMEREX USA INC., Plaintiffs, - against - LEXINGTON INSURANCE COMPANY AND WESTCHESTER SURPLUS LINES INSURANCE COMPANY, Defendants. | ) | Index No. 07 CV 3259 (HB) **PROPOSED PRETRIAL SCHEDULING ORDER** |

**APPEARANCES:**

Plaintiff(s) by: WEG and MYERS, P.C.

By: ____________________

Defendant(s) by GENNETT, KALLMAN, ANTIN & ROBINSON, PC.

By: ____________________

**HAROLD BAER, Jr., District Judge:**

Do the parties consent to proceed before a United States Magistrate for all purposes, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73?

Yes___ No X___ Parties unable to select a magistrate.

Pursuant to rule 16(b) of the Federal Rules of Civil Procedure, after holding an initial pretrial conference on notice to all parties, it is hereby ordered that:

Motion to Vacate Appraisal Demand/Motion to compel appraisal – 45 days before discovery begins ie by June 26, 07 – filed Aug 15, 07

Except under circumstances agreed to by the Court:

1. **This case is added to the ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ Aug 2008 RAILING Trial Calendar.**

Weg and Myers, P.C.
ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET
NEW YORK, N.Y.
10007

should not make any other commitments during this month. As a general rule, all cases will be tried within a reasonable time from the date of this pretrial conference based on the complexity of the case.

10/1/07

2. No additional parties may be joined after ~~2/4/2008.~~

New parties shall be bound by the deadlines included in this Pretrial Scheduling Order. If new parties are joined, the party joining them shall forward to them a copy of this Pretrial Scheduling Order and provide them with access to all previously taken discovery. Should this pose a seemingly insurmountable problem, call Chambers.

3. No additional causes of action or defenses may be asserted after 2/4/2008 without leave of Court.

4. **Discovery:** All discovery, except for expert discovery, shall be commenced in time to be completed by ~~1/15/08~~. Disclosure of expert testimony, if any, will be made at least 45 days before the agreed to trial month. Evidence intended to contradict or rebut the subject matter of the expert testimony will be submitted within 21 calendar days after the disclosure made by the other party, subject only to further order of this Court. As the Court rarely grants extensions, any delays or disputes in the taking of discovery should be reported to the Court immediately.

If applicable, decisions with respect to disclosure and discovery of electronically stores information along with privilege issues related to that information, shall be provided to the Court within **10 days** of this Order.

5. **Motions:** No party may make a dispositive motion returnable after ~~9/9/2008~~. Either party may request (and will be given a date by Chambers) for oral argument. The above date is the date by which any motion shall be fully briefed (i.e., moving, opposition and reply papers) and a courtesy copy delivered to Chambers.

In deciding the last date to submit fully briefed motions and your agreed to trial month. Keep in mind that the Court requires at least **60 days** to decide dispositive motions.

6. **Joint Pretrial Order:** A joint pretrial order shall, unless waived by the Court, be submitted by 8/26/08. The pretrial order shall, unless waived by the Court's Individual Practice and Rules. Counsel may inquire of Chambers with respect to the filing date(s) for requests to charge, proposed voir dire, and motions in limine, but in no event are they to be submitted less than five (5) business days (fully briefed before the date set for trial.

7. The law clerk assigned to this case is Mark, to whom all correspondence should be directed.

8. Upon request to Chambers by either side, the Court will schedule and conduct a settlement conference and/or mediation. The Court will also, upon request, facilitate mediation

the case of a mediation to be conducted by the Court, all parties must bring their respective clients to the mediation. Keep in mind, closure, for the most part, is accomplished in direct proportion to how early in the litigation the mediation occurs.

9. Whenever a case is resolved, the parties must submit an Order of Discontinuance, signed by all parties before the case will be removed from the trial calendar. When the parties settle within forty-eight hours of trial or the filing of a dispositive motion, they must notify the Court immediately of such settlement, and fax to the Court no less than thirty-six hours prior to their planned appearance, an Order of Discontinuance (copy attached), signed by all parties.

10. The parties' signatures below represent their understanding and agreement that this schedule is final and binding upon them unless the Court concludes that extraordinary circumstances warrant an extension with respect to one or more than one of the scheduled dates.

For Plaintiff

For Defendants

For Plaintiff

For Defendant

**SO ORDERED.**

Dated: New York, New York
June 28, 2007

HAROLD BAER, JR.
United States District Judge