UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          )
AMEREX GROUP, INC. and          )   CASE NUMBER:
AMEREX USA INC,          )   07 CV 3259 (HB)
          )
    Plaintiffs,          )
          )
    - against -          )   **ORDER**
          )
LEXINGTON INSURANCE COMPANY AND          )
WESTCHESTER SURPLUS LINES          )
INSURANCE COMPANY,          )
          )
    Defendants.          )
------------------------------------------------------------X

HAROLD BAER, JR, U.S.D.J.

      Pending before the Court are (i) the motion of Defendants LEXINGTON INSURANCE COMPANY AND WESTCHESTER SURPLUS LINES INSURANCE COMPANY ("Defendants") for Partial Summary Judgment compelling enforcement of the appraisal clauses of the insurance policies at issue; (ii) the cross-motion of the Plaintiffs AMEREX GROUP, INC. and AMEREX USA INC, ("Plaintiffs") seeking Partial Summary Judgment dismissing Defendants Second Affirmative Defense which demand appraisal of the insurance. The motion of the Defendants is hereby granted as to enforcement of the appraisal clauses of the insurance policies at issue, and the cross-motion of the Plaintiffs' is denied.

      The parties are required to report back to the Court regarding the selection of appraisers, an umpire and an agreement to appraise by September 17, 2007.

Case: 07 CV 3259 (HB)          Page 1 of 2

The subject lawsuit is hereby stayed pending the appraisal process, except for the purposes of facilitating the appraisal proceeding.

SO ORDERED.

_____
HON. HAROLD BAER, U.S.D.J.

Dated: New York, New York
       September 19, 2007